Edward W. Swanson, SBN 159859
ed@smllp.law
Audrey Barron, SBN 286688
audrey@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for Defendant SIAVASH TAHBAZOF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>SIAVASH TAHBAZOF,<br><br>　　　　　　　　Defendant. | Case No. CR 23-00421 EMC<br><br>**NOTICE OF APPEARANCE** |

**TO:   THE PARTIES IN THE ABOVE-CAPTIONED ACTION AND TO THE CLERK OF THE COURT**

PLEASE TAKE NOTICE that Audrey Barron hereby appears as counsel on behalf of defendant Siavash Tahbazof in the above-captioned matter and requests e-filing notice of all future court filings and items of correspondence.

DATED: November 14, 2023            Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　Audrey Barron
　　　　　　　　　　　　　　　　　　SWANSON & McNAMARA LLP
　　　　　　　　　　　　　　　　　　Attorneys for SIAVASH TAHBAZOF